UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

CARLOS RUIZ FLOREZ,

                    Plaintiff,

-against-

CHERRY LANE INC. d/b/a, GARRET NOLITA & 
9876 BOWERY REALTY CORP,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ORDER

20 Civ. 8588 (GBD)

GEORGE B. DANIELS, District Judge:

The February 18, 2021 initial conference is adjourned to April 22, 2021 at 9:30 a.m.

Dated: February 11, 2021
      New York, New York

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE